USDC- BALTIMORE
'23 SEP 8 PM 4:03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: SAG 23-0312 |
| | ) | |
| LAWRENCE E. SMITH | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Christine Goo and Matthew Phelps, Assistant United States Attorneys for the said District, moves this Honorable Court to order and direct that the Indictment in this matter be unsealed in this matter.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Christine Goo
Assistant United States Attorney