IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. SAG-23-00312 |
| LAWRENCE SMITH | * | |
| | * | |
| Defendants. | * | |

*******

**SECOND MOTION TO EXCLUDE TIME
PURSUANT TO THE SPEEDY TRIAL ACT**

The United States of America, through undersigned counsel, hereby moves to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h).

1. On September 7, 2023, the Grand Jury returned an Indictment charging defendant Lawrence Smith with Wire Fraud, eleven counts of Wire Fraud in violation of 18 U.S.C. § 1343, Tax Evasion, in violation of 26 U.S.C. § 7201, and Making a False Return, in violation of 26 U.S.C. § 7206(1).

2. Mr. Smith was arrested and had an initial appearance on the Indictment on September 8, 2023. He was released on conditions of supervision.

3. The Government has provided two rounds of discovery to the Defendant and will provide a third in the next few weeks.

4. Under the Speedy Trial Act, specifically 18 U.S.C. § 3161(c)(1), a criminal defendant must be brought to trial within seventy days of the later of either the filing of an indictment or the first appearance before a judicial officer.

5. Periods of delay which would extend the time within which trial should commence include "[a]ny period of delay resulting from other proceedings concerning the defendant." 18 U.S.C. § 3161(h)(1). Although § 3161(h)(1) enumerates specific excludable proceedings, the list

1

is not exhaustive, and has been interpreted to include a number of different proceedings and events concerning a defendant. The U.S. Court of Appeals for the Fourth Circuit has interpreted "other proceedings" to include plea negotiations. *U.S. v. Keita*, 742 F.3d 164, 188 (4th Cir. 2014). Thus, the period during which the parties engage in plea discussions is excludable from the Speedy Trial calculation under § 3161(h)(1). Other proceedings excludable from time calculations under the Speedy Trial Act include delay resulting from pretrial motions, including this motion. *See* 18 U.S.C. § 3161(h)(1)(D).

6. Other periods of delay that would extend the time within which trial should commence include delay resulting from a continuance of the trial date beyond the seventy-day speedy trial date, if such continuance is granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Factors which the Court must find applicable in order to make this finding are listed in § 3161(h)(7)(B) and include the following:

   a. Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

   b. Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

   c. Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The Government respectfully submits that the above factors are applicable to this prosecution and justify a postponement and continuation of the trial date beyond the speedy trial

date. The discovery in this case is voluminous and requires significant time for counsel for each of the defendants to review. Taking into account the exercise of due diligence, the failure to grant a continuance would deny counsel for the parties the reasonable time necessary for effective preparation of pretrial motions and any responses thereto, and for effective preparation for trial. The requested exclusion of time will also provide time for the parties to conduct discussions of a potential resolution of the case short of trial. Accordingly, the interests of justice served by the requested exclusion of time outweigh the interests of the public and the defendants in a speedy trial.

8. The Government has contacted counsel for Mr. Smith, Mr. David Walsh-Little on January 29, 2024 related to this motion and he consents to this motion.

Wherefore, the Government requests that this Court enter an Order excluding time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1) and (7), for the period from December 15, 2023, through March 15, 2024.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /s/ *Christine Goo*
Christine O. Goo
Assistant United States Attorney
Office of the United States Attorney
36 S. Charles Street
Baltimore, MD 21201

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | **CRIMINAL NO. SAG-23-00312** |
| **LAWRENCE SMITH** | * | |
| | * | |
| **Defendants.** | * | |
| | ****** | |

## ORDER

Upon consideration of the Government's Consent Motion to Exclude Time, it is, this ___ day of January, 2024,

ORDERED that the Court finds that any delay in the trial of the above case between December 15, 2023 through March 15, 2024, or until such date as the parties to review and complete discovery and commence in any plea negotiations and for the Court to resolve any pretrial motions and other matters pertaining to the trial of the Defendant shall be excluded pursuant to Title 18 U.S.C. § 3161 (h)(1)(D) and (h)(7)(A), for the reasons set forth herein and in the government's motion.

The Court further finds, for the reasons stated in the government's motion, that any delay resulting from the continuance of the imposition of dates for the filing of pretrial motions, the motions hearing and the trial of this case is in the interest of justice and outweighs the interests of the public and the Defendant in a speedy trial.

IT IS SO **ORDERED**.
Signed this _____ of January _____, 2024.

_____
HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE
DISTRICT OF MARYLAND