**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>STEPHANIE A. GALLAGHER<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7780<br>MDD_SAGchambers@mdd.uscourts.gov |

October 7, 2024

## **CORRECTED LETTER ORDER**

Re: U.S.A. v. Lawrence Smith
Criminal Case No. SAG-23-0312

Dear Counsel,

The following schedule in this case has been revised to correct the date of the Pretrial Conference, which was erroneously set for April 11, 2025.

| | |
|---|---|
| November 18, 2024 | Defense motions due |
| December 2, 2024 | Government's response |
| December 9, 2024 | Replies |
| April 4, 2025 at 10:00 a.m. | Motions Hearing |
| March 14, 2025 | Joint voir dire, proposed verdict sheet, the government's jury instructions with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine |
| **April 25, 2025** at 9:00 a.m. | **Pretrial Conference** |
| May 12, 2025 at 9:30 a.m. | Two-week Jury Trial |

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge