# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. SAG-23-0312 |
| **LAWRENCE SMITH** | * | |

\* \* \*

## ORDER MODIFYING PRETRIAL MOTIONS SCHEDULE

Upon consideration of the Defendant, Lawrence Smith's Motion to Modify the Pretrial Scheduling Order, and any response filed, it is this __7th__ day of __November__, 2024, by the United States District Court for the District of Maryland,

**ORDERED,** that the motion is GRANTED; and it is

**FURTHER ORDERED**, that the prior Order scheduling motion deadlines (ECF No. 25) is hereby modified as follows:

| | |
|---|---|
| December 9, 2024 | Defense Motions Deadline |
| January 6, 2025 | Government's Response Deadline |
| January 20, 2025 | Reply Deadline |

/s/
_____
THE HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE