# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. SAG-23-00312 |
| LAWRENCE SMITH | * | |
| | * | |
| Defendants. | * | |

******

## ORDER

Upon consideration of the Government's Consent Sixth Motion to Exclude Time, it is, this _____ day of April, 2025,

**ORDERED** that the Court finds that any delay in the trial of the above case between May 12, 2025 and June 2, 2025 shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(1) and (h)(7)(A), for the reasons set forth in the Government's motion, which are incorporated herein, including because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Court further finds, for the reasons stated in the Government's motion, which are incorporated herein, that any delay resulting from the continuance of the imposition of dates for the filing of pretrial motions, the motions hearing, and the trial in this case serve the ends of justice and outweighs the interests of the public and the Defendant in a speedy trial.

_____
The Honorable Stephanie A. Gallagher
United States District Judge