

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Adeyemi O. Adenrele*
*Assistant United States Attorney*
*Adeyemi.Adenrele@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4819*
*MAIN: 410-209-4800*
*FAX: 410-962-2310*

June 2, 2025

The Honorable Stephanie A. Gallagher
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

        Re:    United States v. Lawrence Smith
                    Criminal No. SAG-23-312

Dear Judge Gallagher:

      The parties write in response to the Court's order at ECF No. 42. The government provided Defendant Lawrence Smith with a plea offer on March 24, 2025. Later, on April 3, 2025, the Defendant filed his unopposed motion to cancel the pretrial conference, trial dates, and set a deadline for a joint status report to allow the parties to seek a potential pretrial resolution to this case. ECF No. 41. On April 4, 2025, the Court ruled on that motion, rescinded the scheduling order at ECF No. 26, and directed the parties to file a joint status report on June 2, 2025. ECF No. 42.

      Over the past nearly sixty (60) days, the parties have continued to engage in plea negotiations but believe that they would benefit from an additional thirty (30) days to potentially bring this case to a resolution. By the end of those thirty days, the parties plan to return to the Court and request a date for a Rule 11 hearing or a new trial date. Please let us know if Your Honor has any additional questions.

                                      Very truly yours,

                                      Kelly O. Hayes
                                      United States Attorney

                                      _____/s/_____
                                      Adeyemi Adenrele
                                      Jared Beim
                                      Assistant United States Attorneys