

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Adeyemi O. Adenrele*
*Assistant United States Attorney*
*Adeyemi.Adenrele@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4819*
*MAIN: 410-209-4800*
*FAX: 410-962-2310*

July 28, 2025

The Honorable Stephanie A. Gallagher
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:    <u>United States v. Lawrence Smith</u>
              Criminal No. SAG-23-312

Dear Judge Gallagher:

      The parties write as a follow up to their joint status report on June 2, 2025. ECF No. 46. In that status report, the parties explained that they were engaging in plea negotiations and could benefit from thirty days to complete those negotiations. Since then, the parties have continued to assiduously engage in plea discussions. However, before determining whether the case will proceed to trial or resolve without a trial, the Defendant has decided that he could benefit from a further review of discovery. For the Defendant to complete his review, the parties believe that an additional sixty days is appropriate. By the end of that sixty days, the parties plan to return to the Court and provide a supplementary status report. Please let us know if Your Honor has any questions.

                              Very truly yours,

                              Kelly O. Hayes
                              United States Attorney

                                /s/
                              Adeyemi ("Adey") Adenrele
                              Jared Beim
                              Assistant United States Attorneys