**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DISTRICT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. SAG-23-0312** |
| **LAWRENCE SMITH** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO SEAL THE DEFENDANT'S SENTENCING LETTER AND EXHIBITS

Lawrence Smith, by counsel, hereby moves to seal his sentencing letter and exhibits. Disclosure of the information in the described filing includes personal and confidential information concerning the defendant.

WHEREFORE, Lawrence Smith, requests that his sentencing letter and exhibits be placed under seal.

Respectfully submitted,

_____/s/_____
DAVID WALSH-LITTLE, #23586
The Law Office of David Walsh-Little, LLC
1014 West 36th Street
Baltimore, Md 21211
Tel: 1.410.205.9337
Fax: 1.667.401.2414
Email: david@walshlittlelaw.com