**THE LAW OFFICE OF DAVID WALSH-LITTLE, LLC.**
1014 WEST 36TH STREET
BALTIMORE, MARYLAND 21211
TEL: 410.205.9337
FAX: 667.401.2414
EMAIL: DAVID@WALSHLITTLELAW.COM

March 31, 2026

[redacted]

The Honorable Stephanie A. Gallagher
United States District Court
101 West Lombard Street
Baltimore, MD 21201

  Re: United States v. Lawrence Smith
     Case No. SAG-23-0312
     Defendant's Sentencing Letter

Dear Judge Gallagher:

  Lawrence Smith is scheduled for sentencing before Your Honor on April 15, 2026, for his previously entered pleas of guilty to Wire Fraud and Income Tax Evasion.   Mr. Smith accepts responsibility for his crimes in this matter.   He has already been punished for his conduct, by being removed from his position as a Baltimore City School Police Officer, which he approached as a vocation and not simply a job, and by being fired from his position as a well-regarded football coach at his alma mater, Dunbar High School, where he positively influenced young men in Baltimore City to succeed on the field and in life.

  No matter what sentence is imposed by the Court, nothing will punish Mr. Smith more than the taking from him of his vocation, of serving the needs of his community as an officer and a coach.   Mr. Smith grew up in a housing project in east Baltimore without a father.   He learned firsthand the strained relationship between his community and law enforcement, and the difficulties of young adults in the public school system.   He dedicated himself to helping fix these problems by becoming a police officer for his community, and a father figuring for so many, and now recognizes that his own conduct shattered this work.   No judicial sentence will come close to punishing him like this realization has for Mr. Smith.

[redacted]

  The Government will most likely make general deterrence arguments for prison, but Mr. Smith, at least for one local television station, now for *years,* has been prominently featured as

1

*Filed Under Seal*
*United States v. Lawrence Smith, Case No. SAG-23-0312*
*Defendant's Sentencing Letter*

the public face for their "Project Baltimore" programming which highlights everything that is wrong with Baltimore City.   This shaming function most certainly sends a clear public message that fraudulent conduct of this type will not be tolerated, with an effect that no prison sentence, if imposed, can convey in this case.

Mr. Smith is presently fifty-two years old and has no prior juvenile adjudications or criminal convictions.   The harm in this case is serious.   Mr. Smith unlawfully and selfishly appropriated over $200,000.00 of funds needed to educate students in the public schools of Baltimore City.   As explained by the many character letters submitted on his behalf, the criminal conduct in this case, though, is a complete aberration for Mr. Smith.   As former Baltimore City Mayor "Jack" Young describes, "His commitment to teaching the art of coaching and his community service through mission work at his church demonstrate his exceptional character and dedication to serving others."  *Exhibit No. 1, Character Letter of Bernard "Jack" Young*.   Mr. Smith recognizes that he needs to be punished for his conduct and requests that the Court sentence him to a term of probation with home detention as a condition of that supervision as the appropriate sentence in this matter.

## INTRODUCTION

The Court's overarching directive is to impose a sentence that is "sufficient, but not greater than necessary" to accomplish the goals of sentencing, which include: "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense"; "to afford adequate deterrence to criminal conduct"; "to protect the public from further crimes of the defendant"; and "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner."   18 U.S.C. § 3553(a)(2).   In determining the appropriate sentence, the Court is required to consider a variety of factors, including the nature and circumstances of the offense, the history and characteristics of the defendant, the objectives of sentencing, the kinds of sentences available, and the applicable sentencing guidelines.   18 U.S.C. § 3553(a).

Mr. Smith wrongly submitted false overtime slips for payment of funds not due to him as a Baltimore School Police Officer and evaded paying taxes in calendar years 2017, 2019, and 2020.   This conduct is in stark contrast to the service he has provided to his players, his fellow police officers, and his community.   A sentence of probation with home detention is sufficient but not greater than necessary to satisfy the goals of sentencing.

## ARGUMENT

### I.    The Procedural Background of the Case

Lawrence Smith was charged by indictment on September 7, 2023 with eleven counts of wire fraud in violation of 18 USC 1343, three counts of tax evasion in violation of 26 U.S.C. § 7201, and one count of filing a false tax return in violation of 26 U.S.C. § 7206.   ECF No. 1. Mr. Smith had his initial appearance on September 8, 2023 and was released with certain

*Filed Under Seal*
*United States v. Lawrence Smith, Case No. SAG-23-0312*
*Defendant's Sentencing Letter*

conditions.    ECF No. 6.    Undersigned counsel was appointed to represent Mr. Smith on September 12, 2023.    ECF No. 11.    On October 17, 2025, Mr. Smith entered guilty pleas to Counts One and Twelve of the Indictment.    ECF No. 54.    Sentencing is scheduled for April 15, 2026.

II.    <u>A Sentence Below the Applicable Sentencing Guideline Range is Appropriate</u>

The Presentence Investigation Report (hereinafter "PSR") correctly calculated the advisory sentencing guidelines.    The base offense level is a seven pursuant to U.S.S.G § 2B1.1(a).    As the applicable loss amount is more tham $150,000.00 but less than $250,000.00 ten levels are added.    Two levels are added because Mr. Smith abused a position of public trust in accordance with U.S.S.G § 3B1.3.    Two levels are subtracted from the offense level because Mr. Smith is a zero-point offender pursuant to U.S.S.G § 4C1.1 and three additional levels are subtracted from the offense level for Mr. Smith's prompt acceptance of responsibility.    The final offense level is therefore a fourteen.

Mr. Smith has no criminal history points and falls within Category I.    PSR ¶ 42.    The appropriate sentencing guideline range is therefore fifteen to twenty-one months which places him in the lowest range of Zone D in the sentencing guidelines table.    PSR ¶ 90.    In consideration of the applicable sentencing factors to Mr. Smith, a sentence of probation is appropriate.

III.    <u>The Applicable Section 3553(a) Factors</u>

The applicable sentencing factors support a non-incarceratory sentence in this case.    Mr. Smith's lack of criminal history, his verified success as a coach, not for winning football games, but for teaching inner-city young men that they too have a future for personal success, and his commitment to spiritual growth supports the requested result.    The conduct in this case is serious, but it is aberrant behavior as weighed against the rest of the half-century that Mr. Smith has lived as a teacher and protector of his community.

*A. Lawrence Smith's Spiritual Grounding*

Mr. Smith's life has been completely upended over the last few years.    He has been able to survive and excel in some areas by recognizing that he needs assistance from a higher force. "He is a man of faith who leans on God through both life's trials and triumphs.    His strength is grounded in prayer.    *Exhibit No. 2, Character Letter of Bishop Shawn Bell*.    "He is also a devoted member of his church, where he actively participates and demonstrates his faith through service and fellowship."    *Exhibit No. 3, Character Letter of Cheryl S. McFadden*.    This critical spiritual commitment has helped Mr. Smith learn from his mistakes and hopefully can propel him in the right direction moving forward.

*Filed Under Seal*
*United States v. Lawrence Smith, Case No. SAG-23-0312*
*Defendant's Sentencing Letter*

### B. Mr. Smith's Difficult Beginnings

In 2023, The Baltimore City Housing Authority spent over 30 million dollars to demolish the Perkins Homes, a housing project in southeast Baltimore. It was determined that nothing there was worth saving and that is where Lawrence Smith grew up.   He didn't have a father in his life at the time.   His mother was fourteen years old when he was born.   Not exactly a preferred starting point for someone on a trajectory to receive a doctorate degree but that is exactly what happened for Mr. Smith.

Mr. Smith watched his mother work two or three jobs at a time to make ends meet.   He experienced regular "turn-offs" of gas and electric.   He saw many friends sell drugs and become the victims of violence from that same lifestyle, including family member "drug dealers."   PSR ¶ 55.   He tried becoming a "squeegee kid" for "about ten minutes" until his mother quickly put an end to that.   PSR ¶ 52.   Despite these challenges he had no juvenile court adjudications- not for trespass, not for truancy, not for anything at all.   PSR ¶ 40.   Mr. Smith now attributes his early success to his family raising him differently, which inspired him to serve his community, and to especially help young men who did not have a father figure in their life.   PSR ¶ 56.

### C. Police Officer Lawrence Smith

Lawrence Smith attributes becoming a school police officer as the best thing he has ever done.   *Id*.   He approached the job as a vocation to help students who didn't have the supportive family that he had growing up.   He worked hard at his former high school and for the east Baltimore community that he knew as a child.   "When it came to cases involving juveniles, whether as victims or suspects, Smitty was my first call.   His knowledge of Baltimore's schools and his willingness to step in during critical moments made him indispensable … I knew him: as a man who put duty and community first, who consistently rose to the occasion, and whose contribution left a lasting mark on public safety in Baltimore City."   *Exhibit No.4, Character Letter of David Moynihan*.   "His reputation for outstanding detective work is well known among law enforcement officers throughout Maryland."   *Exhibit No. 5, Character Letter of Felicia Hill*.

Fellow officers witnessed and appreciated his work.   "Officer Smith consistently demonstrates the qualities that define an exceptional police officer."   *Exhibit No. 6, Character Letter of Lenard Lancaster*.   "I observed integrity, responsibility, strong work ethic and a true passion for the job."   *Exhibit No. 7, Character Letter of Detective Sharisse Smith.*

### D. Lawrence Smith as a Committed Educator

Lawrence Smith won many state championships as the head football coach of Dunbar High School from 2007 through 2023.   PSR ¶ 83.   It was though the opportunity to inspire his players that motivated Mr. Smith to continue this work.   "Coach Smith instituted a mandatory study hall each day before practice and the results were impressive.   During his final seasons his team had a 3.0 grade point average. …. He truly cares, directly from the heart."   *Exhibit*

4

*Filed Under Seal*
*United States v. Lawrence Smith, Case No. SAG-23-0312*
*Defendant's Sentencing Letter*

*No.8, Character Letter of Bruce Cunningham.* "He has won many state championships but what is more impressive to me is the countless number of kids he changed the lives of, and sent to college.   Dr. Smith's body of work shows he was a champion of Baltimore City and a champion of the kids of Baltimore City."   *Exhibit No. 9, Character Letter of Corey Johnson.*

As his players understood, Mr. Smith came from where they came from and so knew their challenges, but still expected nothing less than excellence.   Coach Smith's "guidance and friendship were not just about securing scholarships or winning games; they were about securing my future and pushing me to become a better man."   *Exhibit No. 10, Character Letter of Jared Lewis.*   "He held us to high standards, not just as athletes, but as young men preparing to contribute meaningfully to society."   *Exhibit No. 11, Character Letter of Michael Carter.* Lawrence Smith commitment to his players as developing leaders and scholars.   "I witnessed Lawrence motivate and encourage those young men. … and instilled in them that life was not only about football, but more important were there (sic) grades and academics."   *Exhibit No. 12, Character Letter of Timothy Gross.*

"His leadership made our jobs as educators easier, because students understood that success in academics and in a life had to come first.   Student athletes did not want to let Coach Smith down and often dreaded the meetings with him more than with their parents."   *Exhibit No. 13, Character Letter of Dr. Yetunda Reeves.*

### E.   Lawrence Smith's Support for His Family

Lawrence Smith resides with his wife Kristina Kyles-Smith ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Mr. Smith also has two adult children from a prior marriage.   He cares deeply about his own children and does his best to be present for them in a way that he never experienced from his father growing up.   As his wife said, he is an "amazing father and caregiver." PSR ¶ 59.

This family commitment is clear to others as well.   "He is a devoted husband and father, leading his family with love, stability, and unwavering integrity."   *Exhibit No. 2, Character Letter of Bishop Shawn Bell.*   "More than anything he is a husband and a father.   His presence, love and guidance matter deeply in their lives."   *Exhibit No. 14., Character Letter of Marcus Lansey.*

### F.   Mr. Smith's Time on Supervised Release

Since being indicted, Mr. Smith has done his best to better himself toward a more meaningful life.   His compliance with the conditions of pretrial supervision are the best evidence that he can stay in the community, if permitted to do so, work, be present for his family, and make payments toward his owed restitution.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

He has continued to achieve academically, receiving a doctorate degree in education from

*Filed Under Seal*
*United States v. Lawrence Smith, Case No. SAG-23-0312*
*Defendant's Sentencing Letter*

Concordia University in May of 2025.   PSR ¶ 73.   After leaving the school police force, Mr. Smith was hired by the Harford County Public School System to teach eighth grade, but was placed on administrative leave soon after pleading guilty in this case.   He then resigned from that position.   Mr. Smith has continued to improve himself during very difficult times.   As his wife has described, the way Mr. Smith has conducted himself since being charged in this case "is the truest thing I can offer this court … which what has emerged was a man who finally has given himself permission to look past the two titles he had always allowed to define him." *Exhibit No. 15, Character Letter of Kristina Kyles-Smith*, p.3.

### G.  Lawrence Smith's Inspiration to Others

Lawrence Smith has striven to challenge and motivate others to excel in any way they desire.   "If you were to just listen to him and allow him to guide you, his wisdom would lead you to a successful future.   There is a need for more leaders like Lawrence Smith, and I strive to be the best leader I possibly can be with the influence of him." *Exhibit No. 16, Character Letter of Dae'lun Darien*.   "What I know of Dr. Smith is this: he created safe spaces where young scholars could grow, learn, and compete.   He invested his time and his presence in shaping leaders who continue to carry those lessons well beyond football."   *Exhibit No. 17, Character Letter of Senator Cory McCray*.   "There have been times when I needed motivation without Lawrence even knowing it, and by the time I leave his presence, I am in better headspace.   He is one of the most generous people I know."   *Exhibit No. 18, Character Letter of Ennis T. Braxton*.

Lawrence Smith's leadership skills are contagious and make the people around him strive for success.   "His genuine concern for others has made a significant impact, especially on the young men in Baltimore City Schools."   *Exhibit No. 19. Character Letter of James Barr*. "Hard work and leadership are a great example that Lawrence shows at all times along with dedication."   *Exhibit No. 20, Character Letter of John Dorsey*.   "He is a person of integrity, responsibility, and compassion.   He has helped change many lives."   *Exhibit No. 21, Character Letter of Sean Markley Sr.*   "Through his mentorship, I learned not only how to support my daughter academically, but also how to nurture her as she grew into a leader herself." *Exhibit No. 22, Character Letter of Tierre Tates*.

### IV.    The Appropriate Sentence

As Mr. Smith writes, "This experience has changed me.   It has made me more disciplined, more reflective, and more intentional in every decision I make." *Exhibit No. 23, Written Allocution of Lawrence Smith*, p.3.   With that approach, Mr. Smith intends to make the changes necessary to right this wrong and continue to progress as a person.   Considering all the relevant sentencing factors, the Court should sentence him to a term of probation with a condition of home detention.   This is sufficient but not greater than necessary to accomplish all of the objectives of § 3553(a).   It is a substantial punishment that reflects the seriousness of the offense, promotes respect for the law, provides just punishment, affords adequate deterrence, and protects the public.

*Filed Under Seal*
*United States v. Lawrence Smith, Case No. SAG-23-0312*
*Defendant's Sentencing Letter*

Sincerely,

_____/s/_____
David Walsh-Little, esq.


cc:    Adeyemi Adenrele, esq. (via email)
       Jared Beim, esq. (via email)
       USPO Nicole Wonneman (via email)