To Whom It May Concern,

My name is Cheryl McFadden, and I am writing this letter on behalf of my friend, Lawrence Smith. I have known Lawrence for over 20 years, and during this time I have had the privilege of witnessing his integrity, work ethic, and the positive impact he has on his family, friends and community.

Lawrence is a hardworking and dependable man who takes his responsibilities seriously. He is not only efficient and committed in his work, but he also dedicates much of his time to serving others. As a coach, Lawrence has mentored young people, teaching them discipline, teamwork, and perseverance both on and off the field. His guidance has been a source of encouragement to many youth who look up to him as a role model.

Lawrence approaches every responsibility with dedication and commitment. He is someone who can always be counted on to complete tasks promptly and with great attention to detail. His strong work ethic is matched by his reliability, when Lawrence gives his word, he follows through without hesitation.

Lawrence is an outstanding person to be around. He brings a positive attitude into every environment and has the ability to encourage and uplift those around him. His cooperative spirit and genuine respect for others make him not only an excellent worker but also a valued teammate and friend.

He is also a devoted member of his church, where he actively participates and demonstrates his faith through service and fellowship. Lawrence's character is further reflected in the way he cares for his family. He is a loving husband and a devoted father who prioritizes his household, setting a strong example of responsibility and commitment.

I hold Lawrence in the highest regard and have no hesitation in recommending him as a person of great character and integrity. I am confident that anyone who has the opportunity to work with or get to know Lawrence will quickly recognize his exceptional qualities.


Respectfully,
Cheryl S. McFadden