**Lenard Lancaster**



26 September 2025

**To Whom It May Concern,**

I am writing this letter in support of **Officer Lawrence Smith**, whom I have known personally and professionally for 25 years. During this time, I have had the privilege of witnessing Officer Smith's unwavering dedication to serving our community with integrity, compassion, and professionalism.

Officer Smith consistently demonstrates the qualities that define an exceptional police officer: fairness, sound judgment, respect for others, and a deep commitment to upholding the law. I have observed him engage with individuals from diverse backgrounds with patience and understanding, often going beyond the call of duty to ensure that every person is treated with dignity.

Beyond his professional role, Officer Smith is a person of strong moral character. is known for honesty, reliability, and a willingness to help others in need. Whether mentoring young people, volunteering at community events, or simply being a trusted neighbor, Officer Smith has consistently proven to be a positive influence and role model.

It is without hesitation that I recommend Officer Smith as someone worthy of the highest respect and trust. I am confident that his presence brings value not only to the police force but also to the community as a whole.

If you require any further information, please do not hesitate to contact me at

Sincerely,
Lenard Lancaster