**Michael A, Carter Jr.**



**10/8/2025**

To Whom It May Concern,

I am writing this letter to provide a character reference for **Coach Smith**, whom I have known for over 17 years, first as a player under his leadership and later as an Assistant Coach on his staff.

I had the privilege of playing for Coach Smith, during my high school years at Paul Laurence Dunbar. He was more than a coach, he was a mentor, role model, and leader who consistently emphasized integrity, accountability, and respect both on and off the field. His dedication to the personal development of his players was as strong as his commitment to winning games. He held us to high standards, not just as athletes, but as young men preparing to contribute meaningfully to society.

After graduating, I entered the coaching world myself and continued to interact with Coach Smith professionally. His reputation among fellow coaches, parents, and the community at large has always been one of deep respect. He has been known to go above and beyond for his players—tutoring students during the off-season, helping families in need, and advocating for kids who faced challenges at home or in the classroom.

I understand that Coach Smith is currently involved in a legal matter, and while I do not have all the details of the case, I can speak confidently about the quality of his character. In all my years of knowing him, he has demonstrated integrity, humility, and a genuine concern for others. He is not only a respected coach but also a devoted family man and community member. I believe that his contributions to young people's lives and his positive impact on the community should be taken into consideration.

I respectfully ask that the court weigh his character, years of service, and his consistent efforts to build up those around him. I am confident that Coach Smith remains the person of principle and leadership that I have always known.

If you have any questions, please do not hesitate to contact me ▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Sincerely,
**Mchael A. Carter Jr.**
**Assistant Coach**