September 29, 2025

**Subject: Letter of Support for Dr. Lawrence Smith**

To Whom It May Concern:

I am honored to write this letter of support for **Dr. Lawrence Smith**. I first met Dr. Smith in 2019, when I was appointed Principal of Paul Laurence Dunbar High School. From the very beginning, I recognized that we shared the same passion—a deep love for young people and an unwavering belief in their potential. I have had the privilege of working with Dr. Smith in his dual roles as both a Baltimore City Schools Police Officer and as the Head Football Coach at Dunbar. In each capacity, he demonstrated an extraordinary commitment to students. He understands the unique challenges our young people face, and he has consistently modeled the high expectations, consistency, and care that often mean the difference between a student choosing a path of success or one that could cost them their life.

Dr. Smith has been much more than a coach or police officer; he has been a mentor and father figure to countless students. His influence extends far beyond the football field. I will never forget the grief and heartbreak among our student athletes when I had to share the news that Dr. Smith was on leave. I don't think I've ever seen a group of young men filled with such emotion. I dreaded sharing months later that Dr. Smith would not return for the upcoming season. His absence left a void that speaks to the depth of the impact he made in their lives, as well as at Dunbar. While he was not a full time member of the staff, it always felt like he was because of his presence.

As a police officer, Dr. Smith also played a critical role in ensuring the safety of our school community. A few years ago, right before dismissal, I was alerted that there was a shooter and when I exited the building, Dr. Smith was pulling up and was one of the first responders to render aid. A student was shot behind our gym—and would have died had it not been for the immediate aide that Dr. Smith rendered. That is a moment I will never forget! Beyond emergencies, I relied on Dr. Smith's expertise to strengthen our safety systems, from implementing metal detectors at games to refining our overall safety plans. His presence gave me, as principal, a sense of reassurance that is irreplaceable. I also know that I am not the only school leader who holds this opinion of Dr. Smith.

Dr. Smith would regularly update principals if a student had been shot, and I vividly recall receiving his emails in the evenings and on weekends. His communication not only kept me informed but also allowed me to prepare to support students and remain alert to the potential for further violence. Beyond the emails about gun violence, Dr.

Smith joined me on home visits when I was concerned about a student's choices and wanted to partner with families directly. Dr. We also sat side by side in meetings with parents who sought our guidance because they knew their children respected us and would listen. Together, we became a village—a true duo—working hand in hand to protect and uplift students. It is something I likely took for granted, never anticipating there would come a time when we would not be working together.

As a proud Dunbar alumnus, Dr. Smith's love for Dunbar is unmistakable. Whether teaching students about Dunbar's history, counseling a young person in need, or supporting a family in crisis, he has gone above and beyond without ever seeking recognition. His personal investment has been remarkable: from providing meals and financial support to students experiencing homelessness, to ensuring his athletes had what they needed to succeed and building a sense of community among the team that extended to family dinners at his house. His humility in service speaks volumes.

The results of his work are evident. I recall the pride of a Signing Day where ten of our student-athletes committed to Division I programs, many attributing their success to Dr. Smith's mentorship and guidance. He often reminded us that "football will take care of itself," a philosophy that elevated the standard for student-athletes while reinforcing our schoolwide expectations. His leadership made our jobs as educators easier, because students understood that success in academics and in life had to come first. Student athletes did not want to let "Coach Smith" down and often dreaded the meetings with him more than with their parents.

During my tenure at Dunbar, we have celebrated both academic and athletic success—including state championships and historic gains in student achievement and attendance. Dr. Smith's contributions are part of this story. He has been a partner, a colleague, and a friend in the truest sense—one grounded in our shared love for students and our commitment to seeing them thrive in college, careers, and beyond.

Dr. Smith is an exceptional human being, and I have no doubt he will continue to make a profound impact wherever he serves. ***I wholeheartedly and without reservation offer my support for him.***

Sincerely,
Dr. Yetunde Reeves
Principal
Paul Laurence Dunbar High School