To whom it may concern:

My name is Officer Ennis T. Braxton of the Baltimore City School Police Force. I have been with the department for 27 years and have known Mr. Lawrence Smith for about 20 of those years. During our time together, he has proven to be a strong leader, motivator, and influence not only to me but also to many officers and staff in the school police.

There have been times when I needed motivation without Lawrence even knowing it, and by the time I leave his presence, I am in a better headspace. He is one of the most generous individuals I know, always dedicated to educating everyone he encounters about personal and professional development. He has a sense of humor that can lift your spirits when you are feeling down.

Mr. Smith is a remarkable role model in our community, admired by both youth and adults. There is much more in store for his future, and I look forward to experiencing those moments alongside my brother in person.