**Sean Markley Sr**



9/24/2025

**To Whom It May Concern:**

I am writing to provide a character reference for **Lawrence Smith,** whom I have known for **17 years** in my capacity as teacher/ Coach and friend.

During the time I have known Lawrence, I have consistently observed qualities that speak highly of his character. He is a person of integrity, responsibility, and compassion. He has help change many lives. He has been working with kids and young adults giving them positive feedback and mentoring them. Helping students get into college and the workforce over the years that I have known him.

Lawrence has demonstrated reliability and commitment in every situation I've seen. He treats others with respect, contribute positively to their community, and show resilience when facing challenges.

I am confident that Lawrence will continue to conduct himself with the same positive character traits in the future. I wholeheartedly recommend Lawrence for your consideration and I am available to provide further information if needed.

Sincerely,


Sean Markley Sr