Lawrence E. Smith, Jr.



March 29, 2026

The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Character Letter on Behalf of Lawrence E. Smith, Jr.

Dear Judge Gallagher,

I write this letter with humility, respect, and a full understanding of the seriousness of this moment. I accept responsibility for my actions, and I stand before you not to explain away what has happened, but to show who I am today and what I have done since this process began.

Many who speak on my behalf will describe me as a coach, a police officer, or a detective. Those roles reflect my past. What I want to share with you is the man I have become since this situation began.

Since the indictment, I made a decision that I would not allow this moment to define me, but instead refine me. I committed myself to discipline, structure, and growth. During this time, I earned my Doctor of Education in Organizational Leadership. That accomplishment represents more than education—it reflects focus, accountability, and my determination to become a better leader and man.

I obtained my teaching certification from the Maryland State Department of Education (see attached) and began teaching 8th grade English. I found purpose in the classroom, working with

students who needed structure, encouragement, and belief. My evaluations showed I was effective in helping students grow (see observation attached). After my guilty plea, I was suspended under a classification of "moral turpitude," and I made the decision to resign in lieu of termination. That was difficult, but I accepted it and continued moving forward.

I also serve as an adjunct professor at the Community College of Baltimore County, teaching adult students working toward their GED (see observation attached). Many of these students are trying to rebuild their lives, and working with them has reinforced my belief in second chances and accountability.

During this time, I founded UrbanEdge Educational & Safety Consulting Firm (www.urbanedgeesc.com), allowing me to continue serving schools and organizations through safety training and leadership development. Through that work, I was accepted into the 2026 TEDCO Bridge Proposal Lab Cohort, which supports organizations pursuing federal funding opportunities. That opportunity reflects that even during this process, I have continued building something positive and forward-focused.

I have also written three books centered on safety, leadership, and preparedness: The Illusion of Safety, The Authority Gap, and Real Shield – Operational Playbook. Writing gave me the opportunity to reflect deeply and turn my experiences into tools that can help others.

My faith has been central throughout this process. I serve as a Men's Ministry leader at my church, leading monthly Bible studies and events focused on accountability and growth. In February, we brought together over 100 men for a prayer gathering. These moments matter because they help men grow into better leaders, fathers, and members of their communities.

Throughout this entire process, I have remained fully compliant with every requirement placed before me. I have attended all meetings, completed every check-in, and followed every

condition without issue. ███████████████████

██████████████████████████████████████████

I have spent a great deal of time reflecting on how I arrived here. Over the years, I carried multiple responsibilities at once—professionally and personally—and allowed myself to become stretched too thin. In doing so, I failed to maintain the level of structure and attention that I should have. That is my responsibility. This experience has taught me the importance of balance, discipline, and being fully accountable in every area of life.

Since then, I have taken clear steps to correct my shortcomings. My taxes are filed and up to date, and I am working with the IRS through the Fresh Start Program including making a $6,500 payment this year. I am committed to continuing that process responsibly and correctly.

Even with setbacks, I have continued to move forward. I was offered a position as Manager of Safety Operations with KIPP DC, a role I was prepared to begin, but the offer was rescinded due to this federal charge. While disappointing, I accepted it and continued forward. I have since been cleared to teach in DC Public Schools and look forward to returning to serve students again.

Through everything, I have continued serving my community. I have maintained my involvement in supporting families, helping those in need, and staying engaged in meaningful ways. That has not changed, because service is not something I turn on and off—it is who I am.

This experience has changed me. It has made me more disciplined, more reflective, and more intentional in every decision I make. I understand the weight of this moment, and I do not take it lightly.

I am committed to continuing this path—serving, teaching, leading, and being present for my family and community in a meaningful and responsible way. Everything I have done over the past two years reflects that commitment, and it is a path I will continue to walk moving forward.

Thank you for your time and for considering not only this case, but the full picture of who I am today and the direction I am committed to moving forward.

Respectfully,


Lawrence E. Smith, Jr.